1    LAW OFFICES OF BILL LATOUR
2    BILL LATOUR [CSBN: 169758]
         1420 E. Cooley Dr., Suite 100
3        Colton, California 92324
4        Telephone: (909) 796-4560
         Facsimile:  (909) 796-3402
5        E-Mail: Bill.latour@verizon.net
6
7    Attorney for Plaintiff

8                    UNITED STATES DISTRICT COURT
9         CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

10   DAVID EASTMAN,                    )      No.  EDCV 09-2126 PLA
11                                     )
         Plaintiff,                    )      ORDER AWARDING EAJA FEES
12                                     )
13       v.                            )
                                       )
14                                     )
     MICHAEL J. ASTRUE,                )
15   Commissioner Of Social Security,  )
16                                     )
         Defendant.                    )
17   _____)

18
         Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
19
         IT IS ORDERED that EAJA fees are awarded in the amount of THREE
20
     THOUSAND SIX HUNDRED DOLLARS AND 00/100 ($3,600.00) subject to the
21
     terms of the stipulation.
22

23
         DATE:  December 16, 2010    _____
24
                                     HON. PAUL L. ABRAMS
25                                   UNITED STATES MAGISTRATE JUDGE
26

27

28

                                    -1-